IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Ryan Ray Corman, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 3:12-cv-60 |
| | ) | |
| vs. | ) | **ORDER ADOPTING** |
| | ) | **REPORT AND RECOMMENDATION** |
| State of North Dakota, ND DOCR, and ND DOCR Probation and Parole, | ) ) | |
| | ) | |
| Respondents. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, recommending that Ryan Ray Corman's motion to proceed *in forma pauperis* be denied (Doc. #8). Corman has objected, contending that the Magistrate Judge's findings regarding his available funds are overstated because he is denied access to a significant portion of the money in his name and that he will soon be "homeless" upon release from prison (Doc. #10).

The Court has reviewed the Report and Recommendation, along with the entire record in this matter, and finds that the Magistrate Judge's position is correct. The Court adopts the Report and Recommendation in its entirety and **ORDERS** that Corman's motion to proceed *in forma pauperis* is **DENIED**. Corman shall pay the filing fee of $5.00, otherwise this matter will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated this 15th day of August, 2012

    /s/   Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court

1